**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, YUMA DIVISION**

United States of America                                    CASE: 19-62788MP

vs.

Arshdeep Singh

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Arshdeep Singh, was represented by counsel, Nora Nunez (FPD).

The defendant pled guilty to the Complaint on 10/28/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 10/26/2019 |

As pronounced on 10/28/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, October 28, 2019.

Bernardo P. Velasco
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: V3AVPPJWT

**UNITED STATES DISTRICT COURT**                **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - YUMA**

Date: 10/28/2019          Case Number: 19-62788MP

USA vs. **Arshdeep Singh**
U.S. MAGISTRATE JUDGE: BERNARDO P. VELASCO        Judge AO Code: 70BJ
ASSIGNED U.S. Attorney: Joshua Kolsrud
INTERPRETER REQ'D: Varuna Tejwani, Punjabi
Attorney for Defendant: Nora Nunez (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **10/26/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:        Nora Nunez (FPD) is appointed as attorney of record for defendant.


Recorded by Courtsmart    COP: 2
BY: Jocelyn Arviso        Sent: 0
        Deputy Clerk        IA: 0

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Arshdeep Singh

YOB: 1998

CRIMINAL COMPLAINT
CASE: 19-62788MP
Citizenship: INDIA

DOA: 10/26/2019

 

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about October 26, 2019, near San Luis, Arizona in the District of Arizona, Defendant Arshdeep SINGH, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

    The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of India and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on October 26, 2019. The Defendant was advised of their Miranda Rights by Border Patrol Agents on October 26, 2019 at 1746 hours. The Defendant waived their rights to have an attorney present. The Defendant stated that, after crossing illegally into the United States, their intention was to travel to California to reside and work. To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: Thomas Blaser, Andrez Florez, Victor Ruiz. To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: Darwin Anderson.

File Date: 10/28/2019

at Yuma, Arizona

Andrew Politron, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 10/28/2019

**Bernardo P. Velasco**
**United States Magistrate Judge**

FBI Number: V3AVPPJWT

Magistrate Information Sheet

Complaint: Arshdeep Singh

Criminal History: NONE

Immigration History: NONE